JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ANDREA CAVADAS,<br><br>Petitioner<br><br>v.<br><br>WARDEN RICOLCOL,<br><br>Respondent. | Case No. CV 24-9193 AH (KES)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the First Amended Petition is **DISMISSED** without prejudice to Petitioner filing a new petition raising the same claims after exhaustion of administrative remedies.

   IT IS SO ORDERED.

Dated: April 21, 2025

_____
ANNE HWANG
United States District Judge